CHRISTOPHER S. RUHLAND (No. 175054)
christopher.ruhland@dechert.com
ANNA DO (No. 281327)
anna.do@dechert.com
DECHERT LLP
633 West 5th Street, 37th Floor
Los Angeles, CA 90071-2013
Telephone: (213) 808-5700
Facsimile:  (213) 808-5760

UTSAV GUPTA (No. 305164)
utsav.gupta@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone: (650) 813-4800
Facsimile:  (650) 813-4848

MARTIN J. BLACK (*pro hac vice*)
martin.black@dechert.com
MICHAEL A. FISHER (*pro hac vice*)
michael.fisher@dechert.com
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile:  (215) 994-2222

Attorneys for Defendant and Counterclaim-Plaintiff
Aribex, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dexcowin Global, Inc.,<br>      Plaintiff,<br>v.<br>Aribex, Inc.,<br>      Defendant. | Case No. CV 16-143-GW(AGRx)<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING ARIBEX'S MOTION IN LIMINE NO. 7 AND ACCOMPANYING DOCUMENTS UNDER SEAL** |
| Aribex, Inc.<br>      Counterclaim-Plaintiff,<br>v.<br>Dexcowin Global, Inc., et al.,<br>      Counterclaim-Defendants. | |

1  The Court having considered Aribex's Application to File under Seal
2  Aribex's Motion in Limine No. 7 and Accompanying Documents Under Seal,
3  hereby GRANTS the Application.
4  IT IS THEREFORE ORDERED that the following materials remain under
5  seal:

| Document | Portion to be Sealed |
|---|---|
| Aribex's Motion in Limine No. 7 | Highlighted Portions |
| Expert Report of Charles Mahla, Ph.D., served on March 24, 2014, and attached as Exhibit 1 to Gupta Declaration | Entire Document |
| Rebuttal Expert Report of Sidney P. Blum, and Attachment A, served on April 12, 2017, and attached as Exhibit 2 to Gupta Declaration | Entire Document |
| Excerpts from the transcript of the deposition of Sidney P. Blum, taken on April 21, 2017, and attached as Exhibit 3 to Gupta Declaration | Entire Document |
| Exhibit 4 to Gupta Declaration (a term sheet dated May 9, 2009, bearing bates numbers DEXCO-019281 to DEXCO-019282) | Entire Document |
| Exhibit 5 to Gupta Declaration (a letter from Ken Horton to Dexcowin, dated February 9, 2009, bearing bates numbers ARIBEX-000890 to ARIBEX-000891) | Entire Document |
| Exhibit 6 to Gupta Declaration (of a letter from Clark Turner to Raymond Ryu, dated April 8, 2009, bearing bates numbers DEXCO-005227) | Entire Document |
| Exhibit 7 to Gupta Declaration (an email exchange between Raymond Ryu and Clark Turner, bearing bates | Entire Document |

| | |
|---|---|
| numbers CTURNER00000463 to CTURNER00000468) | |
| Exhibit 8 to Gupta Declaration (a letter dated July 1, 2009, from Clark Turner to Raymond Ryu, bearing bates numbers CTURNER00000515) | Entire Document |
| Exhibit 9 to Gupta Declaration (an email exchange between Clark Turner and Raymond Ryu, bearing bates numbers CTURNER00000488 to CTURNER00000492) | Entire Document |
| Exhibit 10 to Gupta Declaration (an email exchange between Clark Turner and Raymond Ryu, bearing bates numbers CTURNER00000228 to CTURNER00000229) | Entire Document |

Dated: June 14, 2017  _____

HON. GEORGE H. WU

U.S. District Judge